RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
DAVID MADLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. CR. 14-0643-RS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATED MOTION AND** |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | **CONTINUING DATE FOR STATUS** |
| | ) | **HEARING AND WAIVING TIME** |
| MATTHEW MUMPHREY and | ) | **UNDER SPEEDY TRIAL ACT** |
| DAVID MADLOCK, | ) | |
| | ) | _____ |
| | ) | |
| Defendants. | ) | |

_____

With the agreement of the parties, and with the consent of the defendants, Counsel requests postponing the presently set status hearing on March10, 2015 at 2 p.m. to March 17, 2015 at 2 p.m. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs additional time to meet with their clients to review discovery and that an exclusion of time under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is

warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) between March 10, 2015, and March 17, 2015. Undersigned defense counsel represent that they has spoken with their clients, and that they agree to the continuance and to time being tolled and waived as requested.

IT IS SO STIPULATED.

Dated: March 1, 2015

_____/s/ *Randy Sue Pollock*_____
RANDY SUE POLLOCK
Attorney for Defendant
DAVID MADLOCK

Date:   March 1, 2015

_____
BRANDON LEBLANC
Attorney for Defendant
MATTHEW MUMPHREY

Dated: March 1, 2015

_____/s/ *SARAH HAWKINS*_____
SARAH HAWKINS
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  3/2/15

_____
RICHARD SEEBORG
United States District Court Judge