BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    sarah.hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MADLOCK and MATTHEW MUMPHRY,<br><br>    Defendants. | Case No. 14-CR-643 EMC<br><br>**STIPULATION AND ORDER EXCLUDING TIME FROM SEPTEMBER 22, 2015 TO JANUARY 13, 2016 UNDER THE SPEEDY TRIAL ACT** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LATONYA CAREY,<br><br>    Defendant. | Case No. 15-CR-004 EMC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CRYSTAL ANTHONY,<br><br>    Defendant. | Case No. 15-CR-005 EMC |

STIPULATION AND ORDER CASE NO.
14-CR-643 EMC, ET AL.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>DARELL POWELL,<br>    Defendant. | | Case No. 15-CR-006 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>DARLENE ROUSE,<br>    Defendant. | | Case No. 15-CR-027 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ACACIA McCNEAL,<br>    Defendant. | | Case No. 15-CR-028 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ANITA DIXON,<br>    Defendant. | | Case No. 15-CR-043 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>AARON MATHEWS,<br>    Defendant. | | Case No. 15-CR-049 EMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>NIJAH REED,<br>    Defendant. | | Case No. 15-CR-050 EMC |

STIPULATION AND ORDER CASE NO.
14-CR-643 EMC, ET AL.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>TIANA REDDIC,<br>　　Defendant. | | Case No. 15-CR-052 EMC |
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>TIFFANY CROSS,<br>　　Defendant. | | Case No. 15-CR-059 EMC |
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>SHOLANDA ADAMS,<br>　　Defendant. | | Case No. 15-CR-070 EMC |

STIPULATION AND ORDER CASE NO.
14-CR-643 EMC, ET AL.

The defendants and their respective counsel, and counsel for the government, appeared for a Status Conference on the above-captioned cases on September 22, 2015. At that hearing, the defendants stated that they are in the process of gathering information for a contemplated motion to dismiss the indictments. The Court set a briefing schedule for that motion with a hearing and status conference set for January 13, 2016, at 10:00 a.m. The Court also noted that the United States' Motion Seeking Ruling on Defendants' Claim that the Government Engaged in Selective Enforcement and Selective Prosecution is still pending.

Based on the representations of defense counsel at the hearing regarding the preparation for the motion to seek further discovery under *United States v. Armstrong*, 517 U.S. 456 (1996), and on the basis of the pending motion filed by the government, the Court found that the time between September 22, 2015, and the further Status Conference on January 13, 2016, is reasonably necessary to permit the effective preparation of counsel for the defendants in each case, taking into account the exercise of due diligence. Based on the findings, the Court determined the time should be excluded from the limits of the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(B)(iv).

Based on the findings of the Court, the parties agree and stipulate that the time between September 22, 2015 and January 13, 2016 should be excluded from the time limits of the Speedy Trial Act. The defendants in each of the cases captioned above, through undersigned counsel, also agree not to seek dismissal under Rule 48 of the Federal Rules of Criminal Procedure based on this continuance, and agree not to argue that their constitutional right to a speedy trial is violated by the continuance from September 22, 2015 to January 13, 2016.

DATED: September 24, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
J. DOUGLAS WILSON
LLOYD FARNHAM
SARAH K. HAWKINS
Assistant United States Attorneys

_____/s/_____
GALIA AMRAM PHILLIPS
Counsel for Defendants Latonya Carey,

STIPULATION AND ORDER
CASE NO. 14-CR-643 EMC, ET AL.   1

```
                                        Nijah Reed, Tiana Reddic and Darlene
                                        Rouse

                                        _____/s/_____
                                        ELLEN LEONIDA
                                        Counsel for Defendant Aaron Matthews

                                        _____/s/_____
                                        CANDIS MITCHELL
                                        Counsel for Defendants Sholanda Adams
                                        and Tiffany Cross

                                        _____/s/_____
                                        GABRIELA BISCHOF
                                        Counsel for Defendant Darell Powell

                                        _____/s/_____
                                        DANIEL P. BLANK
                                        Counsel for Defendants Crystal Anthony,
                                        Acacia McNeal, and Anita Dixon

                                        _____/s/_____
                                        RANDY SUE POLLOCK
                                        Counsel for Defendant David Madlock
```

**ORDER**

For the reasons stated above and at the hearing on this matter held on September 22, 2015, the Court finds that the exclusion of time from September 22 2015, through and including January 13, 2016, is warranted based on the pending motion and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The failure to grant the continuance would deny counsel for each of the defendants in the above-captioned cases reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 25, 2015        _____
                                 HON. EDWARD M. CHEN
                                 United States District Court Judge

STIPULATION AND ORDER
CASE NO. 14-CR-643 EMC, ET AL.        2