BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    sarah.hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW MUMPHREY, et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED CASES | Case No. 14-CR-643 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND EXCLUDING TIME FROM SEPTEMBER 22, 2015 TO FEBRUARY 3, 2015 UNDER THE SPEEDY TRIAL ACT** |

    The defendants and their respective counsel, and counsel for the government, appeared for a Status Conference on the above-captioned cases on September 22, 2015. At that hearing, the parties discussed the defendant's contemplated motion for further discovery and the Court set a briefing schedule for that motion, with a hearing and status conference set for January 13, 2016. The Court also noted that the United States' Motion Seeking Ruling on Defendants' Claim that the Government Engaged in Selective Enforcement and Selective Prosecution is still pending.

    The parties jointly request that the briefing schedule for the motions be extended, and the hearing

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-643 EMC, ET AL.    1

and status date be continued to February 9, 2016, or a date convenient for the Court. The date for filing the defendants' motion for discovery will remain the same, December 2, 2015, but the parties seek additional time for the opposition and reply. The parties propose the following amended schedule:

- Defendants' discovery motion regarding selective enforcement and selective prosecution shall be filed by December 2, 2015
- Government's opposition shall be filed by January 4, 2016
- Defendants' reply shall be filed by January 25, 2016
- Joint status statement shall be filed by February 1, 2016
- A hearing on the motions and a further status conference is specially set for February 9, 2016, at 10:00 a.m.

The parties also request that the Court find that the time during which the defendants are preparing for the motion to seek further discovery under *United States v. Armstrong*, 517 U.S. 456 (1996), and the time during which such a motion is pending, should be excluded from the limits of the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(B)(iv). The parties agree and stipulate that the time between September 22, 2015 and February 9, 2016 should be excluded from the time limits of the Speedy Trial Act. The defendants in each of the cases captioned above, through undersigned counsel, also agree not to seek dismissal under Rule 48 of the Federal Rules of Criminal Procedure based on this continuance, and agree not to argue that their constitutional right to a speedy trial is violated by the continuance of the hearing from January 13, 2016 to February 9, 2016.

DATED: November 19, 2015               Respectfully submitted,

                                       BRIAN J. STRETCH
                                       Acting United States Attorney

                                       _____/s/_____
                                       J. DOUGLAS WILSON
                                       LLOYD FARNHAM
                                       SARAH K. HAWKINS
                                       Assistant United States Attorneys

                                       _____/s/_____
                                       GALIA AMRAM PHILLIPS
                                       Counsel for Defendants Latonya Carey,
                                       Nijah Reed, Tiana Reddic and Darlene Rouse

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-643 EMC, ET AL.           2

/s/
ELLEN LEONIDA
Counsel for Defendant Aaron Matthews

/s/
CANDIS MITCHELL
Counsel for Defendants Sholanda Adams
and Tiffany Cross

/s/
GABRIELA BISCHOF
Counsel for Defendant Darell Powell

/s/
DANIEL P. BLANK
Counsel for Defendants Crystal Anthony,
Acacia McNeal, and Anita Dixon

/s/
RANDY SUE POLLOCK
Counsel for Defendant David Madlock

## [PROPOSED] ORDER

The Court orders and adopts the briefing schedule as agreed and set forth above. The Court continues the hearing on the motions and further status conference to February 9, 2016, at 10:00 a.m.

For the reasons stated above, the Court finds that the exclusion of time from September 22, 2015, through and including February 9, 2016, is warranted based on pending motions and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The failure to grant the continuance would deny counsel for each of the defendants in the above-captioned cases reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 11/25/15

IT IS SO ORDERED
Judge Edward M. Chen

_____
M. CHEN
District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-643 EMC, ET AL.