1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  LLOYD FARNAM (CABN 202231)
   SARAH K. HAWKINS (CABN 257723)
5  J. DOUGLAS WILSON (DCBN 412811)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
8      FAX: (415) 436-7207
       Lloyd.Farnham@usdoj.gov
9
   Attorneys for United States of America
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-643 EMC |
| Plaintiff, | (Consolidated Criminal Cases) |
| v. | **STIPULATED PROTECTIVE ORDER** |
| DAVID MADLOCK,<br>MATTHEW MUMPHREY,<br>LATONYA CAREY,<br>CRYSTAL ANTHONY,<br>DARLENE ROUSE,<br>ACACIA MCNEAL,<br>ANITA DIXON,<br>AARON MATTHEWS,<br>NIJAH REED,<br>TIANA REDDIC,<br>TIFFANY CROSS,<br>SHOLANDA ADAMS,<br>Defendants. | |

STIPULATED PROTECTIVE ORDER                1

With the agreement of the United States, through the undersigned Assistant United States Attorneys, and the Defendants in these consolidated criminal cases, through undersigned attorneys representing the Defendants ("Defense Counsel"), the Court enters the following Protective Order:

These consolidated cases involve 12 defendants who were charged in 11 cases currently pending in this district. Each of the defendants was charged with violations of 18 U.S.C. § 860, distribution of narcotics within 1000 feet of a school, playground, or university. The cases were consolidated by Order of this Court dated September 24, 2015. On June 30, 2016, the Court granted in part, and denied in part, the Defendants' motion for discovery on the basis of selective enforcement and selective prosecution.

Pursuant to that Order, the parties anticipate that the government will produce documents and information to Defense Counsel in this case, and that third parties will produce documents and information to Defense Counsel pursuant to subpoenas issued under Rule 17 of the Rules of Criminal Procedure. The documents and information that may be produced may include information falling into one or more of the following categories (collectively, "Protected Information"):

1. Personal Identifying Information of any individual (other than his or her name), including date of birth, social security number, residence or business address, telephone numbers, email addresses, driver's license number, professional license number, family members, or criminal histories;

2. Information regarding the law enforcement contacts, investigations, arrests, criminal histories, and prosecutions involving any individuals other than the Defendants in this consolidated criminal case;

3. Law enforcement investigations that do not relate directly to the Defendants in this consolidated criminal case;

4. Law enforcement documents and communications that are not otherwise subject to Rule 16 discovery in a criminal case and may involve general policies, procedures, operational decisions, and related information; and/or

5. Criminal histories or rap sheets of any person, including the Defendants in this consolidated criminal case, when being obtained by anyone other than the person or their attorney for use in a criminal case.

**IT IS HEREBY ORDERED**, in order to ensure that Protected Information is not subject to unauthorized disclosure or misuse, that any materials containing Protected Information shall be used solely for the purpose of preparing the defense in these cases and for no other purpose. The following individuals (the "defense team"), may have access and review documents and material containing Protected Information:

    a.    Defense Counsel for any defendant in these consolidated cases;

    b.    The Defendants;

    c.    Persons employed by Defense Counsel assisting with the preparation of the defense;

    d.    Any expert retained by Defense Counsel to assist in the defense of this matter;

    e.    Any investigator retained by Defense Counsel to assist in the defense of this matter.

The government and defense counsel are ordered to work together to ensure that materials containing Protected Information are protected from disclosure and misuse, but that defendant has as much access to the materials as can be provided consistent with this Court's order. The Defendants, all members of the defense team, and any experts who receive materials in these consolidated cases shall be provided a copy of this Order along with those materials. This Order shall also apply to any copies made of any materials covered by this Order.

**IT IS FURTHER ORDERED** that neither a defendant nor any member of the defense team shall provide any discovery material produced by the government—whether or not the material constitutes or contains Protected Information within the meaning of this Order—to any third party (*i.e.*, any person who is not a member of the defense team) or make any public disclosure of any material containing Protected Information, other than in a court filing, without the government's express written permission or further order of this Court. If a party files a pleading that references or contains or attaches Protected Information subject to this Order, that filing must be under seal.[1]

**IT IS FURTHER ORDERED** that defense counsel shall return materials subject to this Protective Order (including any copies) to the United States within 21 days after the latest of the following: dismissal of all charges against the Defendants; the sentencing of all Defendants; or the

---

[1] This Order authorizes such filings under seal and the parties are not required to seek additional authorization from the Court to do so.

conclusion of any direct appeals regarding the Defendants.

After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under 28 U.S.C. § 2255 has expired. After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order.

This stipulation is without prejudice to any party applying to the Court to modify the terms of this protective order. This Court shall retain jurisdiction to modify this Order upon motion of any party even after the conclusion of district court proceedings in this case.

**IT IS SO STIPULATED.**

Dated:  July 21, 2016                                              Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
LLOYD FARNHAM
SARAH K. HAWKINS
J. DOUGLAS WILSON
Assistant United States Attorney

_____/s/_____
GALIA AMRAM
Counsel for Defendants Latonya Carey, Nijah Reed, Tiana Reddic and Darlene Rouse

_____/s/_____
ELLEN LEONIDA
Counsel for Defendant Aaron Matthews and Matthew Mumphrey

_____/s/_____
CANDIS MITCHELL
Counsel for Defendants Sholanda Adams and Tiffany Cross

_____/s/_____
DANIEL P. BLANK
Counsel for Defendants Crystal Anthony, Acacia McNeal, and Anita Dixon

                              /s/
RANDY SUE POLLOCK
Counsel for Defendant David Madlock

**IT IS SO ORDERED.**

Dated: July 26, 2016

                            HONORABLE EDWARD M. CHEN
United States District Judge



STIPULATED PROTECTIVE ORDER      5