DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys SPECIALLY APPEARING FOR
SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-00643 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING SAN FRANCISCO CITY ATTORNEY'S OFFICE ACCESS TO CONFIDENTIAL DOCUMENTS AND INFORMATION FILED IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL [DKT. 116/119], AND OTHER MISCELLANEOUS DOCUMENTS** |
| vs. | |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLAND ADAMS, | |
| Defendants. | |

Whereas, on or about December 2, 2015, defendants filed a motion to compel discovery alleging in part that the San Francisco Police Department has a policy and practice of selective enforcement of crimes, parts of which motion were filed under seal [Dkt 116/119];

Whereas, on June 30, 2016, the Court issued an Order after hearing on defendants' motion to compel discovery [Dkt. 190];

1    Whereas, on July 25, 2016, Deputy City Attorney SEAN F. CONNOLLY made a special
2 appearance on behalf of the San Francisco Police Department in the above captioned case [Dkt. 198];
3    Whereas, on July 26, 2016, the defendants and the United States, in the above captioned case,
4 entered into a stipulated protective order concerning privileged and confidential information
5 ("Protected Information"), which requires the parties to file under seal any document containing
6 confidential or privileged information [Dkt 201];
7    Whereas, to fully address and respond to the Court's Order, the San Francisco Police
8 Department requires to review and consider those items filed under seal and other protected
9 information;
10    Therefore, the undersigned parties stipulate that the defense may provide the San Francisco
11 City Attorney's Office with an un-redacted copy of the Amended Motion to Compel Discovery on
12 Selective Prosecution and Enforcement [Dkt. No. 119], the Reply to Response to Motion [Dkt. No.
13 151], and any exhibits or declarations attached to or filed in support of those filings; that the United
14 States may provide Exhibit 6 to USA's Motion Seeking Ruling on Defendants' Claim [Dkt. 47]; and
15 that the defense may provide Attachment "H" to Notice of Related Case [Dkt. 16]; and any other
16 document previously filed under seal or in redacted form related to issues raised in defendants' motion
17 to compel or notice of related case.
18    The San Francisco City Attorney's Office agrees not to publicly disclose any sealed document
19 or protected information that did not originate from the San Francisco Police Department or other City
20 agency.  The San Francisco City Attorney's Office reserves the exclusive right to waive any privilege
21 it holds or disclose confidential information contained in any document originating from the San
22 Francisco Police Department or any other City agency as necessary to represent its interests in this
23 action.
24 ////
25 ////
26 ////
27 ////
28 ////

The parties hereby agree and stipulate to disclose the above identified materials marked confidential and filed under seal to the San Francisco City Attorney's Office.

Dated:  September 15, 2016

By: _____*/s/ Sean F. Connolly*_____
SEAN F. CONNOLLY

Attorneys Specially Appearing for
SAN FRANCISCO POLICE DEPARTMENT

Dated:  September 15, 2016

By: _____*/s/ Galia Amram*_____
GALIA AMRAM

Federal Public Defender
Attorneys for Defendants

Dated:  September 15, 2016

By: _____*/s/ Sarah K. Hawkins*_____
SARAH K. HAWKINS

Attorneys for United States of America

**[PR~~OPO~~SED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendants produce to the San Francisco City Attorney's Office an un-redacted copy of the Amended Motion to Compel Discovery on Selective Prosecution and Enforcement (Dkt. No. 119), the Reply to Response to Motion (Dkt. No. 151), and any exhibits or declarations attached to or filed in support of those filings; that the United States produce Exhibit 6 to USA Motion Seeking Ruling on Defendants' Claim [Dkt. 47]; and that defendants produce Attachment "H" to Notice of Related Case [Dkt. 16]; and any other document previously filed under seal or in redacted form related to issues raised in defendants' motion to compel or notice of related case.

Dated: 9/19/16



HONORABLE _____
UNITED _____

IT IS SO ORDERED
Judge Edward M. Chen