BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
LLOYD FARNHAM (CABN 202231)
SARAH K. HAWKINS (CABN 257723)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    FAX: (415) 436-7027
    sarah.hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MADLOCK,<br>MATTHEW MUMPHREY,<br>LATONYA CAREY,<br>CRYSTAL ANTHONY,<br>DARLENE ROUSE,<br>ACACIA MCNEAL,<br>ANITA DIXON,<br>AARON MATTHEWS,<br>NIJAH REED,<br>TIANA REDDIC,<br>TIFFANY CROSS,<br>SHOLANDA ADAMS,<br><br>    Defendants. | No. 14-CR-00643 EMC<br>(Consolidated Criminal Cases)<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 20, 2016 TO OCTOBER 19, 2016 UNDER THE SPEEDY TRIAL ACT** |

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-00643 EMC

The defendants and their respective counsel and counsel for the government appeared before the Court for a Status Conference on the above-captioned cases on September 20, 2016. At that hearing, counsel reported on the status of the meet and confer regarding the scope and timing of discovery from federal agencies involved in these cases. In addition, an attorney for the San Francisco City Attorney's office appeared on behalf of the San Francisco Police Department. The Court set a further Status Conference for October 19, 2016, at 10:30 a.m.

The government and the defendants are continuing to confer regarding the discovery contemplated by the Court's Order on the defendants' Motion for Discovery, and the government intends to move forward with the collection and production of relevant materials as discussed at the hearing. The Court directed counsel for the defendants and counsel for the San Francisco Police Department to meet and confer regarding discovery prior to the further Status Conference.

Based on the current posture of the case, the anticipated additional discovery in the case, and the contemplated further proceedings regarding the defendants' claims, the parties agree that additional time is reasonably necessary to permit the effective preparation of counsel for the defendants and counsel for the government, taking into account the exercise of due diligence. For this reason, the parties agree and stipulate that the time between September 20, 2016 and October 19, 2016 should be excluded from the time limits of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The defendants in each of the cases captioned above, through undersigned counsel, also agree not to seek dismissal under Rule 48 of the Federal Rules of Criminal Procedure based on this continuance, and agree not to argue that their constitutional right to a speedy trial is violated by the continuance from September 20, 2016 and October 19, 2016.

DATED: September 22, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

   /s/
LLOYD FARNHAM
SARAH K. HAWKINS
Assistant United States Attorneys

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-00643 EMC                    1

/s/
GALIA AMRAM PHILLIPS
Counsel for Defendants Latonya Carey, Nijah Reed, Tiana Reddic and Darlene Rouse

/s/
ELLEN LEONIDA
Counsel for Defendants Aaron Matthews and Matthew Mumphrey

/s/
CANDIS MITCHELL
Counsel for Defendants Sholanda Adams and Tiffany Cross

/s/
DANIEL P. BLANK
Counsel for Defendants Crystal Anthony, Acacia McNeal, and Anita Dixon

/s/
RANDY SUE POLLOCK
Counsel for Defendant David Madlock

# [PROPOSED] ORDER

For the reasons stated above the Court finds that the exclusion of time from September 20, 2016 through and including October 19, 2016, is warranted based on the time needed in these cases for the effective preparation of counsel, and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). Failure to grant the continuance would deny counsel in the above-captioned cases reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/5/2016

_____
HON. _____
United _____

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA