DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3863
Facsimile:   (415) 554-3837
E-Mail:      sean.connolly@sfgov.org

Attorneys SPECIALLY APPEARING FOR
SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-00643 EMC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING OCTOBER 19, 2016 STATUS CONFERENCE UNTIL NOVEMBER 2, 2016 9 |
| vs. | |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLAND ADAMS, | |
| Defendants. | |

1.      On or about September 20, 2016, the parties, including third party San Francisco, appeared for a status conference hearing before this Court. At that hearing, the Court ordered the parties to meet and confer in person on or before October 12, 2016, and set a further status conference hearing for October 19, 2016.

2.      On or about September 21, 2016, counsel for third party San Francisco suffered a debilitating physical injury. The injury requires surgery as soon as possible. That surgery is

scheduled for tomorrow Wednesday, September 28, 2016. Recuperation from that surgery is anticipated to take months, and will cause counsel to be out of the office approximately ten days.

3. As result of the injury and surgery, it is anticipated that counsel for San Francisco cannot meaningfully participate in any meet and confer process with defense counsel or the Government before October 12, 2016. Consequently, the parties need more time to participate in the meet and confer process and therefore request a brief postponement of the hearing.

4. The parties, including San Francisco, have met and conferred and agree to continue the status conference hearing presently set for October 19, 2016, to November 2, 2016. The parties further agree to submit a status conference statement to the Court by October 26, 2016.

Dated: September 27, 2016

By: _____/s/ Sean F. Connolly_____
SEAN F. CONNOLLY

Attorneys Specially Appearing for
SAN FRANCISCO POLICE DEPARTMENT

Dated: September 27, 2016

By: _____/s/ Galia Amram_____
GALIA AMRAM

Federal Public Defender
Attorneys for Defendants

Dated: September 27, 2016

By: _____/s/ Sarah K. Hawkins_____
SARAH K. HAWKINS

Attorneys for United States of America

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the status conference hearing presently set for October 19, 2016, 10:30 AM be continued until November 9, 2016, 10:30 AM. The parties shall submit a status conference statement by Nov. 2, 2016.

SO ORDERED,

Dated: 10/5/16

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

Case No. 14-cr-00643 EMC

3

n:\lit\li2016\170067\01139385.docx