1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   SARAH K. HAWKINS (CABN 257723)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6973
        FAX: (415) 436-7027
8       sarah.hawkins@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 14-CR-00643 EMC (Consolidated Criminal Cases) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION TO QUASH** |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-00643 EMC

1  The parties in the above-captioned consolidated cases, through undersigned counsel, submit this stipulation regarding a briefing schedule and hearing date for an anticipated motion to be filed by the San Francisco Police Department (hereinafter "SFPD").

On December 14, 2016, the Court issued an order authorizing Rule 17 subpoenas issued to the SFPD, as requested by the Defendants. Those subpoenas required production of documents subject to those subpoenas by January 25, 2017. The parties have continued to meet and confer regarding discovery for the documents subject to the subpoenas as well as documents that have been requested by the Defendants, but for which a subpoena has not yet been issued. One category of documents not yet subject to an issued subpoena is a request from the Defendants for approximately 1,000 SFPD incident reports. The Defendant intends to request that the Court authorize this subpoena shortly.

SFPD intends to file a motion for relief from the discovery order and/or a motion to quash. The parties stipulate and agree that the filing by the SFPD will address subpoenas issued on December 14, 2016 as well as the Defendants' anticipated subpoena for SFPD incident reports.

The parties stipulate and agree that SFPD will file its motion by January 27, 2017. The Defendants will file any response on or before February 10, 2017. The SFPD will file a reply on or before February 17, 2017. The parties jointly request that the motion be heard on March 1, 2017, at 3:00 p.m., subject to the Court's availability, or a date convenient to the Court.

DATED: January 11, 2017                    Respectfully submitted,

                                           BRIAN J. STRETCH
                                           United States Attorney

                                            /s/
                                           LLOYD FARNHAM
                                           SARAH K. HAWKINS
                                           Assistant United States Attorneys

                                            /s/
                                           GALIA AMRAM PHILLIPS
                                           Counsel for Defendants Latonya Carey, Nijah
                                           Reed, Tiana Reddic and Darlene Rouse

                                            /s/
                                           ELLEN LEONIDA
                                           Counsel for Defendants Aaron Matthews and
                                           Matthew Mumphrey

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 14-CR-00643 EMC            1

      /s/
CANDIS MITCHELL
Counsel for Defendants Sholanda Adams and Tiffany Cross

      /s/
DANIEL P. BLANK
Counsel for Defendants Crystal Anthony, Acacia McNeal, and Anita Dixon

      /s/
RANDY SUE POLLOCK
Counsel for Defendant David Madlock

      /s/
SEAN CONNOLLY
San Francisco City Attorney's Office
Counsel for San Francisco Police Department

## [PROPOSED] ORDER

Based on the stipulation of the parties, as set forth above, the briefing schedule for SFPD's motion for relief from the discovery order and/or a motion to quash is as follows: SFPD will file its motion by January 27, 2017; the Defendants will file any response on or before February 10, 2017; the SFPD will file any reply on or before February 17, 2017. The motion will be heard on March 1, 2017, at 3:00 p.m.

IT IS SO ORDERED.

DATED: 1/12/2017

HON. EDWARD M. CHEN
United States District Court Judge